# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2014

## NO. 03-12-00659-CV

**Employees Retirement System of Texas, Appellant**

**v.**

**Cynthia A. Garcia, Appellee**

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
## REVERSED AND RENDERED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on July 3, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and renders judgment affirming Employees Retirement System's final order. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.